26-C-1369

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2026 AUG 10 P 3: 55

COURT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WISCONSIN

**PRENTIE SINCLAIR SANDERS,** Plaintiff,

v.

**GRACE KNUTSON and JEFFREY LAWRENCE,** Defendants.

Case No. [To be assigned]

## CIVIL COMPLAINT UNDER 42 U.S.C. § 1983

## I. PARTIES

### A. Plaintiff

- **Name:** Prentie Sinclair Sanders

- **Address:** 3732 W. Wisconsin Ave., Suite 300-A, Milwaukee, WI 53208

- **Filer Status:** Non-prisoner, proceeding *pro se* without a lawyer.

### B. Defendants

- **Defendant 1:** Grace Knutson, Sex Offender Registration Program Director, Wisconsin Department of Corrections.
    - **Employer / Official Address:** Wisconsin Department of Corrections Central Office, 3099 E. Washington Ave., Madison, WI 53704.

- **Defendant 2:** Jeffrey Lawrence, Official, Wisconsin Department of Corrections / Wisconsin Resource Center.
    - **Employer / Official Address:** Wisconsin Resource Center, 1505 North Drive (P.O. Box 16), Winnebago, WI 54985.

## II. STATEMENT OF THE CLAIM

### A. Background and Original Sentence

Plaintiff Prentie Sinclair Sanders was convicted in 1990 in the State of Indiana at the age of sixteen (16) years old. Upon his release from incarceration in Indiana in 2003, Plaintiff became subject to an initial ten-year sex offender registration requirement, which lawfully expired and concluded in 2013. Under established constitutional and state law principles—including protection against *ex post facto* extensions (*Wallace v. State*; *Moore v. State*, 139 N.E.3d 726; *Bridges v. State*, 109 N.E.3d 453) and statutory age limits for Sexually Violent Predator classifications (*Johnson v. State*, 24 N.E.3d 1018)—Plaintiff's registration obligations legally terminated in 2013.

### B. Who Violated Plaintiff's Rights and Where It Happened

The violations occurred continuously within the State of Wisconsin, under the color of state law and administrative authority exercised by officials within the **Wisconsin Department of Corrections (WDOC)**, falling within the jurisdiction of the United States District Court for the Eastern District of Wisconsin. The specific state actors responsible are:

1. **Defendant Grace Knutson**, Sex Offender Registration Program Director, operating out of the WDOC Central Office in Madison, Wisconsin.

2. **Defendant Jeffrey Lawrence**, an official operating within WDOC and stationed at the Wisconsin Resource Center in Winnebago, Wisconsin.

### C. What Each Defendant Did and When They Did It

- **Defendant Grace Knutson:** On an ongoing basis leading up to and through 2026, Defendant Knutson directly oversaw, maintained, administered, and enforced the administrative infrastructure within WDOC that processed, recorded, and perpetuated an illegal lifetime sex offender registration requirement and Sexually Violent Predator (SVP) status against Plaintiff.

- **Defendant Jeffrey Lawrence:** On an ongoing basis leading up to and through 2026, Defendant Lawrence actively participated in the processing, handling, daily operational management, and enforcement of these unconstitutional registration mandates—specifically digesting and entering out-of-state data onto a Wisconsin DOC-1759 form—subjecting Plaintiff to continuous daily legal restrictions, monitoring, and administrative burdens.

### D. Why They Did It

Defendants enforced these lifetime mandates by acting pursuant to WDOC administrative policies that improperly mirror, adopt, and execute unconstitutional backend data feeds and invalid lifetime classifications.

Despite knowing or being required to know that Plaintiff's original ten-year registration requirement expired in 2013 and that his 1990 juvenile conviction legally precludes a valid SVP status, Defendants maintained these measures to enforce continuous, unlawful cross-state registration restrictions.

## E. Constitutional Violations (42 U.S.C. § 1983) and Injury

- **Ex Post Facto Clause (Article I, Section 10):** Defendants' retroactive tolling and extension of Plaintiff's sex offender registration requirements past their lawful 2013 expiration date constitutes an unconstitutional *ex post facto* application of law.

- **Due Process Clause of the Fourteenth Amendment:** Defendants' enforcement of an illegal lifetime registration and SVP status—ignoring statutory age limits and prior expiration terms—deprives Plaintiff of liberty without due process of law.

- **Injury:** As a direct and proximate result of Defendants Knutson's and Lawrence's actions, Plaintiff suffers continuous daily stigma, severe emotional distress, and ongoing unconstitutional restrictions on his liberty within the State of Wisconsin.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WISCONSIN

**PRENTIE SINCLAIR SANDERS, Plaintiff,**

v.

**GRACE KNUTSON and JEFFREY LAWRENCE, Defendants.**

**Case No. [To be assigned]**

## III. JURISDICTION

1. **Federal Question Jurisdiction:** Jurisdiction is conferred upon this Court pursuant to **28 U.S.C. § 1331** (federal question jurisdiction) and **28 U.S.C. § 1343(a)(3)** (civil rights jurisdiction), as this action is brought pursuant to **42 U.S.C. § 1983** to address the deprivation, under color of state law, of rights secured by the United States Constitution.

2. **Constitutional Provisions at Issue:**
   - **Ex Post Facto Clause (Article I, Section 10):** Retroactive extension and tolling of sex offender registration obligations past Plaintiff's statutory 2013 completion date.

   - **Fourteenth Amendment (Due Process Clause):** Deprivation of liberty and imposition of an unlawful Sexually Violent Predator (SVP) classification without due process and in violation of statutory age limits.

3. **Venue:** Venue is proper in the United States District Court for the Eastern District of Wisconsin pursuant to **28 U.S.C. § 1391(b)** because a substantial part of the events or omissions giving rise to the claim occurred within this judicial district, and Defendants execute their official duties within this district.

## IV. RELIEF WANTED (PRAYER FOR RELIEF)

Plaintiff respectfully requests that this Court grant the following relief:

1. **Declaratory Judgment:** Enter a declaratory judgment declaring that Defendants' enforcement and maintenance of an illegal Sexually Violent Predator (SVP) status and lifetime sex offender registration requirement against Plaintiff violates the Ex Post Facto Clause and Due Process Clause of the United States Constitution.

2. **Injunctive Relief:** Issue a permanent injunction ordering Defendants Grace Knutson and Jeffrey Lawrence (and their agents or successors) to:
   - Immediately remove and expunge the Sexually Violent Predator (SVP) label and lifetime registration requirement from all Wisconsin Department of Corrections (WDOC) databases, files, and records, including Form DOC-1759.

- ○ Cease all cross-state enforcement, reporting, and maintenance of sex offender registration mandates against Plaintiff stemming from his 1990 juvenile offense.

3. **Monetary Damages:** Award Plaintiff compensatory and punitive damages against Defendants in their individual capacities in an amount to be determined at trial for emotional distress, loss of liberty, daily stigma, and constitutional violations.

4. **Other Relief:** Award Plaintiff any such further relief, including costs, as the Court deems just, equitable, and proper.

## V. JURY DEMAND

Check one box:
- [ X ] **I DO** demand a trial by jury on all issues so triable.

## VI. REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE (IN FORMA PAUPERIS)

Check one box:
- [ X ] **I DO** request to proceed in district court without prepaying the filing fee (In Forma Pauperis) and submit the required Non-Prisoner Petition and Affidavit with this complaint.

Respectfully submitted this 9th day of August, 2026.

**/s/ Prentie Sinclair Sanders** Prentie Sinclair Sanders 3732 W. Wisconsin Ave., Suite 300-A Milwaukee, WI 53208

Phone: 414-712-4752

Email: prenboy1616@gmail.com